
# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

JASON ASHLEY,

     Plaintiff,

v.

AMERICAN AIRLINES, INC.;

ENVOY AIR INC.; and AIR LINE PILOTS

ASSOCIATION, INTERNATIONAL — ENVOY MEC,

     Defendants.

Civil Action No. **3-26CV2512-S**

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 3.1(c) and Fed. R. Civ. P. 7.1(a), Plaintiff Jason Ashley, appearing pro se, certifies that the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of this case:

1. Jason Ashley, Plaintiff;

2. American Airlines, Inc., Defendant;

3. American Airlines Group Inc., parent of American Airlines, Inc. and of Envoy Air Inc.;

4. Envoy Air Inc., Defendant;

5. Air Line Pilots Association, International — Envoy MEC, Defendant; and

6. Any insurer providing coverage to any Defendant with respect to the claims asserted in this action, the identity of which is presently unknown to Plaintiff.

Plaintiff reserves the right to supplement this certificate should additional interested persons or entities become known.

Respectfully submitted,

_____    7/24/2C

Jason Ashley

Plaintiff, Pro Se

P.O. Box 195062

Dallas, Texas 75219

Telephone: 214-247-1036

Facsimile: None

Email: plaintiffJA@protonmail.com