# UNITED STATES DISTRICT COURT
for the
Northern District of Texas — Dallas Division

JASON ASHLEY,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.;
ENVOY AIR INC.; and AIR LINE PILOTS
ASSOCIATION, INTERNATIONAL — ENVOY MEC,

    Defendants.

)
)
)
)
)
)
)
)
)
)

Civil Action No. **3-26CV2512-S**

## SUMMONS IN A CIVIL ACTION

*To: (Defendant's name and address)*

**AIR LINE PILOTS ASSOCIATION, INTERNATIONAL — ENVOY MEC**
c/o James K. Lobsenz, Senior Managing Attorney
Legal Department, Air Line Pilots Association, Int'l
7950 Jones Branch Drive, Suite 400S
McLean, VA 22102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Ashley
Plaintiff, Pro Se
P.O. Box 195062
Dallas, Texas 75219
Telephone: 214-247-1036
Email: plaintiffJA@protonmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **7/29/2026**

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3-26CV2512-S

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AIR LINE PILOTS ASSOCIATION, INTERNATIONAL- ENVOY MEC Serve: James K. Lobsenz, Senior Managing Attorney Legal Department, Air Line Pilots Association, Int'l was received by me on *(date)* Jul 29, 2026, 6:34 pm.

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* Nadia Mcilhani , who is designated by law to accept service of process on behalf of *(name of organization)* James K. Lobsenz, Senior Managing Attorney, Legal Department, Air Line Pilots Association, Int'l, for Air Line Pilots Association, International – Envoy MEC on *(date)* Thu, Jul 30 2026 ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____0.00_____ for travel and $ _____125.00_____ for services, for a total of $ _____125.00_____ .

I declare under penalty of perjury that this information is true.

Date: 07/30/2026

_____
*Server's signature*

Carlos Zeballos Process Server
_____
*Printed name and title*

8200 Greensboro Dr Suite 900, McLean, VA 22102
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 30, 2026, 11:18 am EDT at 7950 Jones Branch Drive Suite 400S, McLean, VA 22102 received by Nadia Mcilhani on behalf of James K. Lobsenz, Senior Managing Attorney, Legal Department, Air Line Pilots Association, Int'l, for Air Line Pilots Association, International – Envoy MEC. Age: 55-60; Ethnicity: Caucasian; Gender: Female; Weight: 150-175; Height: 5'7"; Hair: Blond; Eyes: Blue; Relationship: Senior Paralegal ; Nadia Mcilhani affirmed she is authorized to accept service on behalf of {James K. Lobsenz, Senior Managing Attorney, Legal Department, Air Line Pilots Association, Int'l, for Air Line Pilots Association, International – Envoy MEC. She is an employee designated by the corporation other than an officer to accept service of process on behalf of James K. Lobsenz, Senior Managing Attorney, Legal Department, Air Line Pilots Association, Int'l, for Air Line Pilots Association, International – Envoy MEC

# AFFIDAVIT OF SERVICE

| Case:<br>3-26CV2512-S | Court:<br>UNITED STATES DISTRICT COURT | County:<br>for the Northern District of Texas - Dallas Division |
|---|---|---|
| **Plaintiff / Petitioner:**<br>JASON ASHLEY | | **Defendant / Respondent:**<br>AMERICAN AIRLINES, INC., et al. |
| **To be served upon:**<br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL- ENVOY MEC Serve: James K. Lobsenz, Senior Managing Attorney Legal Department, Air Line Pilots Association, Int'l | | |

I, Carlos Zeballos, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Nadia Mcilhani on behalf of James K. Lobsenz, Senior Managing Attorney, Legal Department, Air Line Pilots Association, Int'l, for Air Line Pilots Association, International – Envoy MEC, 7950 Jones Branch Drive Suite 400S, McLean, VA 22102

**Manner of Service:** Substitute Service - Business, Jul 30, 2026, 11:18 am EDT

**Documents:** SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY.DEMAND (Received Jul 29, 2026 at 6:34pm EDT)

**Additional Comments:**
1) Successful Attempt: Jul 30, 2026, 11:18 am EDT at 7950 Jones Branch Drive Suite 400S, McLean, VA 22102 received by Nadia Mcilhani on behalf of James K. Lobsenz, Senior Managing Attorney, Legal Department, Air Line Pilots Association, Int'l, for Air Line Pilots Association, International – Envoy MEC. Age: 55-60; Ethnicity: Caucasian; Gender: Female; Weight: 150-175; Height: 5'7"; Hair: Blond; Eyes: Blue; Relationship: Senior Paralegal ; Nadia Mcilhani affirmed she is authorized to accept service on behalf of {James K. Lobsenz, Senior Managing Attorney, Legal Department, Air Line Pilots Association, Int'l, for Air Line Pilots Association, International – Envoy MEC. She is an employee designated by the corporation other than an officer to accept service of process on behalf of James K. Lobsenz, Senior Managing Attorney, Legal Department, Air Line Pilots Association, Int'l, for Air Line Pilots Association, International – Envoy MEC

_____  07/30/2026

Carlos Zeballos      Date
Process Server

Elite Legal Serves
8200 Greensboro Dr Suite 900
McLean, VA 22102
(703) 556-5656

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_Asunta Veronica Roldan_

Notary Public

07/30/2026    June 30 2029

Date      Commission Expires

ASUNTA VERONICA ROLDAN
NOTARY PUBLIC
REGISTRATION # 7923206
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
JUNE 30, 2029