IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON ASHLEY, | § | |
| | § | |
| *Plaintiff,* | § | CIV. A. NO. |
| | § | 3:26-CV-2512-S-BW |
| | § | |
| v. | § | |
| | § | |
| AMERICAN AIRLINES, INC.; | § | |
| ENVOY AIR INC.; and AIR LINE | § | |
| PILOTS ASSOCIATION, | § | |
| INTERNATIONAL-ENVOY MEC | § | |
| | § | |
| *Defendants.* | § | |

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE KAREN GREN SCHOLER:

Defendants Air Line Pilots Association, International ("ALPA"), American Airlines, Inc., and Envoy Air Inc. (collectively, "Defendants") jointly move this Court under Federal Rule of Civil Procedure 6(b) to extend the deadline to answer or otherwise respond to Plaintiff Jason Ashley's *Original Complaint* by 30 days. Plaintiff does not oppose this request.

1.      Plaintiff filed this lawsuit on July 29, 2026. [ECF No. 3] The complaint alleges eight counts of violation of the Uniformed Services Employment and Reemployment Rights Act of 1994 ("USERRA"), 38 U.S.C. § 4301, *et seq.*

2.      Plaintiff served each defendant on July 30, 2026. [ECF No. 7-9] Under Federal Rule of Civil Procedure 12, Defendants are due to respond by

August 20, 2026.

3.     Defendants jointly seek a 30-day extension of the deadline for responsive pleadings to September 21, 2026. This is Defendants' first request for an extension of this deadline. Good cause exists for this extension for several reasons.

4.     First, Local Rule 83.10 required ALPA to engage local counsel. ALPA retained Gillespie Sanford LLP on August 5, 2026. ALPA now needs time to file *pro hac vice* applications for its lead counsel and otherwise prepare to litigate in this venue.

5.     Second, the extension is needed because of personal and health-related conflicts of its attorneys. ALPA's lead counsel is undergoing eye surgery requiring medical leave at various points this month. Meanwhile, his co-counsel is traveling outside the country for the next several weeks on pre-planned, personal travel. Combined, these conflicts will prevent ALPA from responding within the current deadline.

6.     Third, all Defendants need additional time to review the multi-count complaint, to investigate the allegations, and to prepare appropriate responses.

7.     The 30-day extension should not prejudice Plaintiff. No Defendant has answered thus far. The Court has not entered a scheduling order, and there are no other pending case deadlines. The Court has not yet set the case for trial.

8. ALPA's local counsel conferred with Plaintiff by email on August 6, 2026. Plaintiff responded that day indicating that he does not oppose a 30-day extension of the deadline for all Defendants to respond.

There is good cause for this unopposed 30-day extension of the answer/response date. Accordingly, Defendants ask the Court to grant the motion extending the deadline to file a responsive pleading to September 21, 2026.

Dated:        August 12, 2026                    Respectfully submitted,

                                                 GILLESPIE SANFORD LLP

                                                 4803 Gaston Ave.
                                                 Dallas, Texas 75246
                                                 Tel:    214.800.5111
                                                 Fax:    214.838.0001

                                                 By: */s/ James D. Sanford*
                                                    James D. Sanford
                                                    Texas Bar No. 24051289
                                                    Email: jim@gillespiesanford.com

                                                 ATTORNEY FOR DEFENDANT ALPA

                                                 JONES DAY

                                                 2727 North Harwood Street
                                                 Dallas, Texas 75201
                                                 (214) 220-3939 – Telephone
                                                 (214) 969-5100 – Facsimile

                                                 By: */s/ Brian M. Jorgensen*
                                                    *(by permission JDS)*
                                                 Brian M. Jorgensen
                                                 Texas State Bar No. 24012930

3

bmjorgensen@jonesday.com
Caitlin E. White
Texas State Bar No. 24146816
caitlinwhite@jonesday.com

ATTORNEYS FOR
DEFENDANT ENVOY AIR
INC.

O'MELVENY & MYERS LLP

2801 North Harwood Street, Ste. 1600
Dallas, TX 75201
Tel:   972-360-1900
Fax:   972-360-1901

By:   */s/   Kimberly   F. Williams         (with permission J. Sanford)*
   Kimberly F. Williams
   Bar No. 24050592
   Email: kwilliams@omm.com

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

## CERTIFICATE OF CONFERENCE

Under Local Rule 7.1, the undersigned conferred with Plaintiff about the requested extension on August 6, 2026. Plaintiff responded that day stating: "I do not oppose a thirty-day extension. I'd propose we make it a uniform schedule, all three defendants responding by September twenty-first, with my responses to follow on a common date. That's cleaner for the Court and avoids staggered briefings. If you can get American and Envoy to join an agreed order on those terms, you may represent that I'm unopposed. If a uniform schedule isn't workable on your timeline, let me know and we can discuss." The motion is unopposed.

*/s/ James D. Sanford*

4

## CERTIFICATE OF SERVICE

I certify that on August 12 , 2026, I electronically submitted this document to the clerk of court for the U.S. District Court for the Northern District of Texas, using the court's electronic case files system. The electronic case files system sent a "Notice of Electronic Filing" to Plaintiff. Separately, I will email a copy of this filing to Plaintiff at the email address listed on his *Original Complaint*.

*/s/ James D. Sanford*