# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Jason Ashley
Plaintiff

v.

3:26-CV-2512-S-BW
Civil Action No.

American Airlines, Inc., et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant Air Line Pilots Association, International - Envoy MEC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Defendant American Airlines, Inc.
Defendant Envoy Air, Inc.
Plaintiff Jason Ashley
Defendant Air Line Pilots Association, International - Envoy MEC

| | |
|---|---|
| Date: | August 17, 2026 |
| Signature: | /s/ James Sanford |
| Print Name: | James Sanford |
| Bar Number: | 24051289 |
| Address: | 4803 Gaston Avenue |
| City, State, Zip: | Dallas, TX 75246 |
| Telephone: | 214-800-5111 |
| Fax: | 214-838-0001 |
| E-Mail: | jim@gillespiesanford.com |


**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.